

RECEIVED
IN MONROE, LA.



AUG 0 8 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| YVIO CERAFIN | * | CIVIL ACTION NO. 11-0402<br>Section P |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| JOHN SMITH (WARDEN) | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no

objections thereto having been filed, and finding that same is supported by the law and the record

in this matter,

IT IS ORDERED that the Motion to Dismiss [Doc. No. 15] filed on behalf of respondents

is **GRANTED**, and that the Petition for Writ of *Habeas Corpus* is hereby **DISMISSED**

**WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this ___8___ day of ___August___ 2011.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE